### CABRALES v. THE REGISTRAR OF PROPERTY.

No. 3.—Decided February 9, 1905.

This case involves the same questions of law as were involved in *The People of Porto Rico* v. *The Registrar of Property, ante,* p. 7, and is decided on authority thereof.

### STATEMENT OF THE CASE.

A hearing was had of this appeal taken by José Aparicio Cabrales from the decision of the registrar of property refusing to record a certificate issued by the deputy collector

of revenues of Adjuntas relative to the public sale of a rural property, for the payment of taxes.

The deputy collector of revenues of Adjuntas instituted compulsory proceedings against José María González as a delinquent tax debtor and levied an attachment on a certain rural property belonging to him, situated in *barrio* Juan González, municipal district of Adjuntas, which property was offered at public sale and awarded to José Aparicio Cabrales as the successful bidder thereon. The certificate issued in favor of the said Cabrales was presented for record to the registrar, who refused to record the same on the ground that the property in question did not appear recorded in favor of the debtor nor in favor of any other person, according to the decision entered at the bottom of said certificate.

Notice of said decision was served on the interested party, and the registrar transmitted the certificate issued by the deputy collector to this Supreme Court for its decision, reproducing the reports he had previously made in the cases of Martín Vargas, Rafael Bermejo and Mariana Colón.

MR. CHIEF JUSTICE QUIÑONES, after making the foregoing statement of facts, delivered the following opinion of the court:

On the grounds set forth in the opinion rendered by this Supreme Court under date of January 25th ultimo, in the appeal taken in the name of The People of Porto Rico, from the decision of the Registrar of Property of Ponce refusing to record the certificates of sale of three lots sold for the payment of delinquent taxes, and which decision is perfectly applicable to the case at bar, the decision of the registrar of property entered at the end of the certificate referred to in this appeal is hereby sustained, and with a copy of the opinion hereinbefore mentioned, which shall be hereinafter inserted, and of this decision, the said certificate shall be transmitted to the registrar of property of the aforesaid city for compliance therewith.

Justices Hernández, Figueras, MacLeary and Wolf concurred.